April 27, 2004

Mr. Ken W. Good
Kent Good & Anderson, P.C.
909 E. S. E. Loop 323, Suite 777
Tyler, TX 75701-9684

Ms. Deborah J. Race
Ireland Carroll & Kelley, P.C.
6101 South Broadway, Suite 500
Tyler, TX 75703
Mr. Kent Hance
Hance Scarborough Wright, LLP
111 Congress Avenue, Suite 500
Austin, TX 78701

RE: Case Number: 02-0290
 Court of Appeals Number: 06-00-00053-CV
 Trial Court Number: 97-617-B

Style: MUSTANG PIPELINE COMPANY, INC.
 v.
 DRIVER PIPELINE COMPANY, INC. AND SEABOARD SURETY COMPANY

Dear Counsel:

 Enclosed is a correction to the opinion issued April 23, 2004, in the
above-referenced cause. The correction is on page 8 changing the April 31,
1997, date to April 30, 1997. The Court apologies for any inconvenience
this may have caused.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Ms. Ruby |
| |Cooper |
| |Ms. Linda |
| |Rogers |